*Monday, March 10, 1997*

## MOTION DOCKET

**95–2561.   Clermont Cty. ADAMH Bd. v. Hogan.**
Clermont App. Nos. CA94–09–074, CA94–10–079, CA94–10–80 and CA94–10–082.   This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Clermont County.   Upon consideration of appellees/cross-appellants' motion to modify oral argument time allotment for the argument currently scheduled for March 19, 1997,

IT IS ORDERED by the court that counsel for Michael Hogan and the Ohio Department of Mental Health be allotted twenty minutes for oral argument;  counsel for Alliance for Stable Client Care and Ohio Coalition of ADAMH/CMH Boards be allotted ten minutes;  and counsel for ADAMH Board et al. be allotted ten minutes.

*Wednesday, March 12, 1997*

## MERIT DOCKET

**96–2473.   State ex rel. Semenchuk v. Turner.**
Madison App. No. CA96–08–033.   *Sua sponte*, cause dismissed as moot.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Cook and Lundberg Stratton, JJ., concur.

Pfeifer, J., dissents and would reverse on the merits.

**97–43.   State ex rel. Solivan v. Sutula.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–47.   State ex rel. Jenkins v. Orient Correctional Inst.**
In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

Lundberg Stratton, J., dissents and would grant on the merits.

**97–91.   Kline v. Ironton City Council.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–95.   Schilling v. Fifth Dist. Court of Appeals.**
In Prohibition.   On answer of respondent and on motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–248.   State ex rel. Russell v. Dunlap.**
In Habeas Corpus.   *Sua sponte*, cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–256.   State ex rel. Young v. Montgomery.**
In Quo Warranto.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney and Cook, JJ., concur.

Pfeifer, J., concurs, but would issue a merit opinion and would grant the motion for leave to intervene of Envirotest Systems, Inc.

Lundberg Stratton, J., concurs and would grant the motion for leave to intervene of Envirotest Systems, Inc.

**97–286.   Linton v. Ohio Adult Parole Auth.**
In Habeas Corpus.   *Sua sponte*, cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.